**CASTANEDA v. INTERNATIONAL LEG WEAR GRP.**

[363 N.C. 369 (2009)]

SONIA EDITH CASTANEDA, Employee v. INTERNATIONAL LEG WEAR GROUP, Employer, THE HARTFORD, Carrier

No. 7A09

(Filed 18 June 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 668 S.E.2d 909 (2008), affirming an opinion and award filed 10 January 2008 by the North Carolina Industrial Commission. Heard in the Supreme Court 4 May 2009.

*Randy D. Duncan for plaintiff-appellee.*

*Hedrick, Gardner, Kincheloe & Garofalo, L.L.P., by M. Duane Jones, for defendant-appellants.*

PER CURIAM.

AFFIRMED.